945 F.2d 1337w
 60 USLW 2229
 UNITED STATES of America, Plaintiff-Appellee,
v.
Ira SILVERMAN (90-3205), Gary Caton (90-5733), Morris Gordon
Woodard (90-5816), Defendants-Appellants.
 Nos. 90-3205, 90-5733 and 90-5816.
 United States Court of Appeals,
Sixth Circuit.
 No. 90-5733: Argued Dec. 3, 1990.
No. 90-3205: Argued Dec. 4, 1990.
No. 90-5816: Argued Dec. 6, 1990.
Decided Sept. 17, 1991.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 976 F.2d 1502.